UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:11-cr-555-T-24 AEP

SAMUEL POSA
_____/

**ORDER**

This cause comes before the Court on Defendant Samuel Posa's Motion to Dismiss. (Doc. 84). Posa's Motion to Dismiss (Doc. 84) is **DENIED** as untimely.

The deadline for filing pre-trial motions was May 11, 2012. (Doc. 41). The issues raised in the Motion to Dismiss are the same as the issues raised in the two previously filed motions to dismiss for pre-indictment delay and for entrapment by estoppel (Doc. 51; Doc. 52).

A hearing has been set on those motions for June 20, 2012. (Doc. 83). Posa will be able to argue his motions to dismiss for pre-indictment delay and for entrapment by estoppel at that hearing.

**III. Conclusion**

Accordingly, it is ORDERED AND ADJUDGED that Defendant Posa's Motion to Dismiss (Doc. 84) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 7th day of June, 2012.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
*Pro Se* Defendant