UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:11-cr-555-T-24 AEP

SAMUEL POSA
_____/

## ORDER

This cause comes before the Court on two separate motions. First, Defendant Samuel Posa has filed a Motion In Limine for Prior Record and Unfilled/ Unsubstantiated Prescriptions. (Doc. 98). The Government opposes the motion in part. (Doc. 108). Second, the United States filed a Motion for Pre-trial Determination of Admissibility of Rule 404(b) Evidence. (Doc. 96). Posa opposes the Government's motion in part. (Doc. 120).

The Court held a hearing on these motions on June 20, 2012. Based on the filed motions and the arguments presented in court, the Court rules as follows:

Samuel Posa's Motion in Limine to exclude his prior record is **GRANTED**. The Government concedes that Samuel Posa's criminal convictions from 1990 and 1995 are not admissible given that ten years have passed since Samuel Posa was released from confinement in each of those cases.

Samuel Posa's Motion to exclude the "green bag" prescriptions, carbon copies of prescriptions the Government located in a green bag in a dumpster and which the Government has not confirmed were filled, is **DENIED**. For the reasons stated in Court, the Court finds the green bag prescriptions relevant to the conspiracy count. Whether the prescriptions were filled goes to the weight of the evidence, not its admissibility.

As such, Samuel Posa's Motion in Limine for Prior Record and Unfilled/ Unsubstantiated Prescriptions (Doc. 98) is **GRANTED** with respect to excluding Samuel Posa's criminal history from the trial, and **DENIED** with respect to excluding the green bag prescriptions. The green bag prescriptions are admissible.

The United States' Motion for Pre-Trial Determination of Admissibility of Rule 404(b) Evidence (Doc. 96) is **DENIED IN PART AND DEFERRED IN PART**. The motion is denied in that the Court will not make a pre-trial determination as to the admissibility of the Rule 404(b) evidence. The Court will defer ruling on the admissibility of the Rule 404(b) evidence until the Court can hear from the witness outside of the presence of the jury regarding the Rule 404(b) evidence.

Accordingly, it is ORDERED AND ADJUDGED that Defendant Posa's Motion in Limine for Prior Record and Unfilled/ Unsubstantiated Prescriptions (Doc. 98) is **GRANTED IN PART AND DENIED IN PART**.

The United States' Motion for Pre-Trial Determination of Admissibility of Rule 404(b) Evidence (Doc. 96) is **DENIED IN PART AND DEFERRED IN PART**.

**DONE AND ORDERED** at Tampa, Florida, this 20th day of July, 2012.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record